IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL FELIX FINLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDY IVANOFF, ALEX BEAL, MISSOULA COUNTY, and RYAN LANE,<br><br>　　　　Defendants. | CV 25-31-M-DWM-KLD<br><br>JUDGMENT |

　　　This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of June 12, 2025, (Doc. 7), this action is DISMISSED.

　　　Dated this 12th day of June, 2025.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　/s/ Tyler P. Gilman